**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NICHOLAS J. AHRENS,**

                **Plaintiff,**

**-vs-**                                                                 **Case No.  6:09-cv-2188-Orl-35KRS**

**UNIVERSAL TECHNICAL INSTITUTE,**
**d/b/a Motorcycle and Marine Mechanics**
**Institute,**

                **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **DEFENDANT'S MOTION FOR ATTORNEYS' FEES (Doc. No. 20)**
>
> **FILED:**      **December 20, 2010**

On December 7, 2010, the Court granted Defendant Universal Technical Institute's (UTI) motion to compel Plaintiff Nicholas J. Ahrens to respond to discovery. R. 19. In that Order, the Court stated that UTI was entitled to attorneys' fees incurred in bringing the motion. The parties were instructed to confer regarding the amount of fees due and if they were unable to agree on the amount, UTI was permitted to file a motion requesting its fees.

UTI filed the above-listed motion requesting $11,553.00 in fees. UTI filed the affidavits of Gregory Herbert, Esq., and David Oliver, Esq. in support of its request. UTI requests fees for three

time keepers, Gregory Herbert, Esq., Juliet Burgess, Esq., and John Lomax, Jr, Esq., and attached timesheets for these timekeepers. Ahrens has not responded to the motion and the time for doing so has passed. Accordingly, the motion is **GRANTED as unopposed**.

UTI asks that the Court require both Ahrens and his attorney to pay these fees. UTI has not established, however, that counsel advised Ahrens to disobey the Court's order. Therefore, the Court will impose the fee payment obligation only on Ahrens.

It is **ORDERED** that Plaintiff Ahrens shall pay the sum of $11,553.00 to Defendant Universal Technical Institute on or before March 4, 2011. Counsel for Ahrens shall promptly provide Ahrens with a copy of this Order.

**DONE** and **ORDERED** in Orlando, Florida on February 16, 2011.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE